cuit. Certiorari denied. *Paul W. Steer* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for respondents.

No. 83. MAH TOI *v.* BROWNELL, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied. *Joseph S. Hertogs* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.

No. 84. SAN ANTONIO TRANSIT Co. *v.* SCOFIELD, FORMERLY COLLECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Robert Allan Ritchie, Robert F. Ritchie, Sylvan Lang* and *Leslie Byrd* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Davis W. Morton, Jr.* for respondent.

No. 85. MARTIN BROTHERS BOX Co. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. *George L. Quinn, Jr.* and *Donald A. Schafer* for petitioner. *Samuel R. Howell* for the Interstate Commerce Commission, and *James C. Dezendorf, James E. Lyons* and *Charles W. Burkett, Jr.* for the Southern Pacific Co., respondents.

No. 86. CRIST *v.* WASHINGTON, VIRGINIA & MARYLAND COACH Co., INC. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 87. LADUE & Co. *v.* BROWNELL, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied. *Nathan Shefner*